UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

    *Debra A. D'Amore v. Bayer Corporation, et al.*    No. 11-cv-11470-DRH

    *Stephanie Mason v. Bayer Corporation, et al.*    No. 10-cv-11181-DRH

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 10, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT


                                    BY: /s/*Caitlin Fischer*
                                    **Deputy Clerk**

**Dated:** June 16, 2014

Digitally signed by David R. Herndon
Date: 2014.06.16 18:40:26 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**